FILED

10/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0394

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0394

WESTERN NATIVE VOICE, MONTANA NATIVE VOTE, ASSINIBOINE AND SIOUX TRIBES OF FORT PECK, BLACKFEET NATION, CONFEDERATED SALISH AND KOOTENAI TRIBES, CROW TRIBE, FORT BELKNAP INDIAN COMMUNITY,

          Plaintiffs and Appellees,

v.

COREY STAPLETON, in his official capacity as Montana Secretary of State,
TIM FOX, in his official capacity as Montana Attorney General,
JEFF MANGAN, in his official capacity as Montana Commissioner of Political Practices,

          Defendants and Appellants.

## ORDER

Upon consideration of Appellants' unopposed motion to dismiss the appeal of the district court's preliminary injunction order, and good cause appearing,

IT IS HEREBY ORDERED that Appellants' motion to dismiss the appeal is GRANTED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 15 2020